**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

XIAOPENG WEI,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. EDCV 26-0574 RGK (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections to the R. & R., and Respondents' Reply to Petitioner's Objections to the R. & R. After having made a *de novo* determination of the portions of the Report and Recommendation to which the objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that:

(1) the Petition is DENIED;

(2) this action is DISMISSED WITH PREJUDICE; and

(3) JUDGMENT is entered consistent with this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondents.

DATED: 8/12/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE