JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

XIAOPENG WEI,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. EDCV 26-0574-RGK (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and Judgment is entered in favor of Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 8/12/2026

Gary Klausner

R. GARY KLAUSNER
UNITED STATES DISTSRICT JUDGE